THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN ECHARD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | CASE NO. C21-0112-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline for Defendant to answer Plaintiff's First Amended Complaint ("FAC") (Dkt. No. 15). The motion is GRANTED. The deadline for Defendant's answer to the FAC is June 1, 2021.

The clerk is DIRECTED to terminate Defendant's motion to dismiss Plaintiff's previous complaint (Dkt. No. 6), as it was mooted by the filing of Plaintiff's FAC.

DATED this 10th day of May 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk