THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BRIAN ECHARD, on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.,<br><br>          Defendant. | CASE NO. C21-0112-JCC<br><br>MINUTE ORDER |

    The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

    This matter comes before the Court *sua sponte*. It appears that none of the events relating to Plaintiff's claims are located in Washington, that none of the witnesses or evidence in this case is located in Washington, and that this case requires an application of Ohio law. (*See generally* Dkt. No. 1.) The parties are therefore ORDERED TO SHOW CAUSE why venue in this matter should not be transferred to the Southern District of Ohio pursuant to 28 U.S.C. §§ 1391(b) and 1404. The parties must respond to this Minute Order, either jointly or separately, on or before September 3, 2021.

    The Clerk is DIRECTED to renote Defendant's motion for a judgment on the pleadings (Dkt. No. 19) to September 3, 2021.

//

DATED this 25th day of August 2021.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Sandra Rawski<br>
Deputy Clerk