# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Brian Echard, *on behalf of themselves and all others similarly situated*,

    Plaintiff,

v.

Wells Fargo Bank N.A., *et al.*,

    Defendants.

Case No. 2:21-cv-5080

Judge Michael H. Watson

Magistrate Judge Jolson

## ORDER

The parties move to stay Defendant's deadline to respond to the Third Amended Complaint. ECF No. 150. The motion is **GRANTED**. The time for Defendant to respond to Plaintiffs' Third Amended Complaint is **STAYED** until the Court enters a ruling on Plaintiffs' Motion for Preliminary Approval. Specifically, should the Court deny Plaintiffs' Motion for Preliminary Approval, Defendant's response will **be due twenty days** after the Order denying preliminary approval is entered. If preliminary approval is granted, Wells Fargo's response will be further stayed pending final approval of the proposed Settlement. The Clerk shall terminate ECF No. 150.

IT IS SO ORDERED.

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT